**FILED**
JEANNE A. NAUGHTON, CLERK
AUG 15 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Certificate Number: 14912-NJ-DE-030559990

Bankruptcy Case Number: 17-33247



14912-NJ-DE-030559990

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2018, at 3:40 o'clock PM EST, Franciscus Dartee completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 12, 2018                By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor