Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26407−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee
   aka Frank M Dartee
   c/o 12 Moonshadow Court
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/16/18 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by Franciscus Maria Dartee . Declaration About an Individuals Schedules due 8/29/2018.Chapter 11 Statement of Current Monthly Income (122B) due 8/29/2018.Statement of Financial Affairs for Individuals due 8/29/2018.Summary of Your Assets and Liabilities and Certain Statistical Information for Individuals due 8/29/2018. Incomplete Filings due by 8/29/2018. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 12/13/2018. (rh) Additional attachment(s) added on 8/16/2018 (wdh).

Dated: 8/16/18

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court