Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26407−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Franciscus Maria Dartee
  aka Frank M Dartee
  c/o 12 Moonshadow Court
  Kinnelon, NJ 07405

Social Security No.:
  xxx−xx−1197

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/16/18 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by Franciscus Maria Dartee . Declaration About an Individuals Schedules due 8/29/2018.Chapter 11 Statement of Current Monthly Income (122B) due 8/29/2018.Statement of Financial Affairs for Individuals due 8/29/2018.Summary of Your Assets and Liabilities and Certain Statistical Information for Individuals due 8/29/2018. Incomplete Filings due by 8/29/2018. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 12/13/2018. (rh) Additional attachment(s) added on 8/16/2018 (wdh).

Dated: 8/16/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Franciscus Maria Dartee  
    Debtor

Case No. 18-26407-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Aug 16, 2018  
　　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
db　　　　　+Franciscus Maria Dartee,　c/o 12 Moonshadow Court,　Kinnelon, NJ 07405-2949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1