## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:                                                      CASE NO.: 18-26407-JKS
                                                                                        CHAPTER 11

**Franciscus Maria Dartee**
**aka Frank M Dartee,**

    **Debtor.**

_____/

### REQUEST FOR SERVICE OF NOTICES

      **PLEASE TAKE NOTICE THAT,** on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                         RAS Citron, LLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Road, Suite 202
                                         Fairfield, NJ 07004
                                         Telephone: 973-575-0707
                                         Facsimile: 973-404-8886
                                         By: /s/Laura Egerman
                                         Laura Egerman, Esquire
                                         Email: legerman@rasnj.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on August 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

FRANCISCUS MARIA DARTEE
12 MOONSHADOW COURT
KINNELON, NJ  07405

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

 

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com