UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 7,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Franciscus Maria Dartee

Case No.: 18-26407

Hearing Date: _____

Judge: John K. Sherwood

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 7, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated _____09/04/2018_____ be and the same is hereby vacated.