Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−26407−JKS
          Chapter: 11
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee
   aka Frank M Dartee
   c/o 12 Moonshadow Court
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/4/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 5, 2018
JAN: mg

                                                             Jeanne Naughton
                                                             Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-26407-JKS
Franciscus Maria Dartee                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 05, 2018
                              Form ID: 148             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db          +Franciscus Maria Dartee,    c/o 12 Moonshadow Court,    Kinnelon, NJ 07405-2949
517704239   +IRS Centralized Lien Operations,    201 W. River Center Blvd,    Stop 8420-G,
              Covington, KY 41011-1424
517704236   +RAS Citron, LLC,    130 Clinton Rd,    Ste 202,   Fairfield, NJ 07004-2927
517704237   +Superior Court Clerk' s Office,    Office of Forclosure,    25 Market Street,    PO Box 971,
              Trenton, NJ 08625-0971
517723936   +THE BANK OF NEW YORK MELLON,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
517704235   +The Bank of New York ME,    28 Liberty Street,    New York, NY 10286-0001
517704238   +The Honorable Robert J Brennan,    Morris County Courthouse,    Washington & Court Streets,
              PO Box 910,    Morristown, NJ 07963-0910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: IRS.COM Sep 06 2018 03:43:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
              Springfield, NJ  07081-0724
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 00:31:14      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 00:31:10      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517704240   +EDI: AMEREXPR.COM Sep 06 2018 03:43:00      American Express,    PO Box 981537,
              El Paso, TX 79998-1537
517730381    EDI: BECKLEE.COM Sep 06 2018 03:43:00      American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
517704241   +EDI: CHASE.COM Sep 06 2018 03:48:00      Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +THE BANK OF NEW YORK MELLON,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
517730298*  +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2
```