FILED
JEA.            ON, CLERK

SEP 1 0 2018

:Franciscus-Maria: Dartee: Principal U.S. BANKRUPTCY COURT
c/o 12 Moonshadow Court                  NEWARK, N.J.   DEPUTY
Kinnelon, New Jersey [07405]   BY _____ ; copy-right

*:Franciscus-Maria: Dartee:* *copy-claim:*

## United States Bankruptcy Court in and for the District of New Jersey

In Re:
FRANCISCUS MARIA DARTEE              )        Case# 18-26407-JKS
Debtor                              )        **BOND**
                                    )        RM#: RF 176 680 853 US

There appearing no bond of record to initiate the matter regarding Case # 18-26407-JKS and any other known associated account(s) relating to FRANCISCUS MARIA DARTEE. I, :Franciscus-Maria: Dartee: accept all charges undertake as follows:

In consideration of the fact that no lawful money of account exists in circulation, and Article 1 Section 10 of the U.S. Constitution specifies the only lawful money available for settlement of debt, and in consideration of the fact that I have suffered dishonor regarding the matter of Case # 18-26407-JKS and associated account(s), I hereby underwrite this bond with my private exemption #214921197, and with the holding a reserve of twenty-one (21) united States of America silver dollars in coin dated pre-1933 issue as surety collateral in lawful money and as witnessed by the attached affidavit, for settlement regarding any and all obligations of performance/loss/costs sustained by the United States of America or State of New Jersey and the respectful Citizens thereof, regarding said matter. I have further paid the freight of this vessel/document via stamp entitling me and this document to right of passage as postmaster per Universal Postal Union requirements.

Unless the court or other party can certify under oath, what other constitutionally required lawful money can be required to collateralize this account/case or if they hold a superior bond in this matter, let them bring forth their bond and bring their B10/Official Form 410 claim form now, if they have any claims or dismiss their claim. I require the other party then to certify my right of subrogation with their bond to settle the accounts.

I stand in honor having brought forth my bond, all inferior bonds or lack therefore should be released on defendants upon receipt.

As Executor of the named estate vessel: FRANCISCUS MARIA DARTEE, and as postmaster of this vessel, instruct the appointed fiduciary; Judge John J. Sherwood, to then discharge the account/case # 18-26407-JKS against any and all defendants and let this Bond stand for any subsequent, related, or superceding case accounts using this Bond, if no superior claims or Bonds are presented within 21 days of presentment of this registered instrument.

Void where prohibited by law.

Done at Morris county, New Jersey, this ___05___ day of October, 2018.

:Franciscus-Maria: Dartee: Principal
:copy-right/copy-claim:

Franciscus Maria Dartee
c/o 12 Moonshadow Court
Kinnelon, New Jersey 07405

Via Registered Mail No. RF 176 680 853 US

October 5, 2018

Jeanne A. Naughton
Clerk of the Court
US Bankruptcy Court
District of New Jersey
PO Box 1352
Newark, NJ 07101-1352

Re:    **Special Deposit for Docket # 18-26407-JKS**

Dear Clerk:

Please find enclosed the following for Special Deposit:

- **Silver Bond RM#: RF 176 680 853 US**
- **Affidavit of Silver Surety under Notary Seal**

Please file and send me a stamped copy by mail or to my email at frank.dartee@gmail.com.

Thank you for your courtesy.

Sincerely,

By: _____ LS
Dartee, Franciscus-Maria as beneficiary of
FRANCISCUS MARIA DARTEE

cc:    RAS CITRON – Via First Class Mail
       130 Clinton Rd, Suite 202
       Fairfield, NJ 07004-2927

cc:    The Honorable John K. Sherwood – Via First Class Mail
       US Bankruptcy Court
       District of New Jersey
       PO Box 1352
       Newark, NJ 07101-1352