UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| _____ | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 18-26407 (JKS) |
| Franciscus Maria Dartee | : | |
| | : | Hearing Date: November 20, 2018 @ 10:00 a.m. |
| Debtor, Pro Se. | : | |
| | : | The Honorable John K. Sherwood |
| _____ | : | |

**NOTICE OF MOTION BY THE ACTING UNITED STATES TRUSTEE UNDER 11
U.S.C. § 1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7 OR, IN THE
ALTERNATIVE, DISMISSING CASE**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

   **PLEASE TAKE NOTICE** that the Acting United States Trustee will move before the

Honorable John K. Sherwood on, November 20, 2018, at 10:00 a.m. or as soon thereafter as

counsel may be heard, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut

Street, Newark, NJ 07102, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter

7 or, in the alternative, an Order Dismissing Case, and for such other and further relief as this

Court deems just and appropriate.

   **PLEASE TAKE FURTHER NOTICE** that the Acting United States Trustee shall rely

upon the Memorandum of Law and Certification submitted herewith.

      **PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the Acting United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(2).  If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, may be signed and entered in the Court's discretion.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) oral argument is requested.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3


*/s/ Michael A. Artis*
Michael A. Artis
Trial Attorney


DATED: October 15, 2018