UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RAS Crane LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
-and-
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for The Bank of New York Mellon
Corporation as Trustee for Structured Asset
Mortgage Investments II Inc. Mortgage
Pass-Through Certificates Series 2006-AR7

In Re:

FRANCISCUS MARIA DARTEE,

Debtor.

**FILED**
JEANNE A. NAUGHTON, CLERK

**OCT 16 2018**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: _____18-26407-JKS_____

Chapter: _____11_____

Judge: _____John K. Sherwood_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated:  October 16, 2018

After review of the application of The Bank of New York Mellon Corp as Truste for the reduction of time for a hearing on Motion for an Order Vacating Automatic Stay or Confirming No Stay in Effect and Allowing Prospective Relief as to Real Property under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___October 23, 2018___ at ___10:00 am___ in the United States Bankruptcy Court, ___50 Walnut Street, Newark New Jersey 07102___, Courtroom No. ___3D___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: United States Trustee (Michael A. Artis, Esq.), Franciscus Maria Dartee a/k/a Frank M. Dartee (Debtor), Internal Revenue Service (Eamonn O'Hagan, Esq.), Morris County Sheriff and all other secured creditors, if any by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: all unsecured creditors and parties requesting notice

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _parties listed in Paragraph 2 above_

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____1_____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*