Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−26407−JKS
          Chapter:  11
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee
   aka Frank M Dartee
   c/o 12 Moonshadow Court
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Michael A. Artis on behalf of U.S. Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 11/20/18
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: October 17, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26407-JKS
Franciscus Maria Dartee                                                 Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 17, 2018
                              Form ID: 170             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
```
db           +Franciscus Maria Dartee,    c/o 12 Moonshadow Court,    Kinnelon, NJ 07405-2949
517704240    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517730381     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
517815671    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517704241    +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517704239    +IRS Centralized Lien Operations,    201 W. River Center Blvd,    Stop 8420-G,
               Covington, KY 41011-1424
517704236    +RAS Citron, LLC,    130 Clinton Rd,    Ste 202,    Fairfield, NJ 07004-2927
517704237    +Superior Court Clerk' s Office,    Office of Forclosure,    25 Market Street,    PO Box 971,
               Trenton, NJ 08625-0971
517723936    +THE BANK OF NEW YORK MELLON,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
               Fairfield, NJ 07004-2927
517812102    +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
               ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
517704235    +The Bank of New York ME,    28 Liberty Street,    New York, NY 10286-0001
517704238    +The Honorable Robert J Brennan,    Morris County Courthouse,    Washington & Court Streets,
               PO Box 910,    Morristown, NJ 07963-0910
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: cio.bncmail@irs.gov Oct 18 2018 00:46:18     Dist Dir of IRS,
               Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:14     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:10     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                               TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +THE BANK OF NEW YORK MELLON,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
               Fairfield, NJ 07004-2927
517730298*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
```
          Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```