| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RAS Crane LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>-and-<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on October 24, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**FRANCISCUS MARIA DARTEE,**<br><br>    **Debtor.** | Case No.:   18-26407-JKS<br><br>Chapter:    11<br><br>Hearing Date:<br><br>Judge:      John K. Sherwood |

**ORDER VACATING STAY, GRANTING MOVANT IN REM RELIEF FROM THE AUTOMATIC STAY TO PRESENT FUTURE BANKRUPTCY FILINGS**

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 24, 2018**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of RAS Crane, LLC, attorneys for THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

AND NOW, it appearing to the Court that the requisite conditions for the issuance of such an Order exists, the Court hereby confirms via this Order, that In Rem Relief is granted to THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 so that it may proceed with its State Court Remedies on the following real property:

☒ Real property more fully described as:

**12 MOODSHADOW COURT, KINNELON, NEW JERSEY 07405**

ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to the premises 12 MOODSHADOW COURT, KINNELON, NEW JERSEY 07405, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; said actions include but are not limited to its State Court Rights and eviction proceedings; and it is further

ORDERED, that future bankruptcy cases filed by the DEBTOR, FRANCISCUS MARIA DARTEE A/K/A FRANK M. DARTEE, NON-FILING BORROWER MARGARETHA DARTEE, their successors or assigns, or any occupants, **will not stay** any actions taken by Movant, its successors, assigns. Or any other purchaser or entity from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further

ORDERED that the Office of the Clerk/Register of Deeds for MORRIS County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for §362(d)(4); and it is

ORDERED that the movant may join the Debtor(s), any trustee, and any other party who entered an appearance on the motion.