UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 25 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

**FRANCISCSUS MARIA DARTEE,**

Debtor.

Case No.: 18-26407 (JKS)

Chapter: 11

Hearing Date: October 24, 2018

Judge: Sherwood

## ORDER DENYING MOTION FOR RECONSIDERATION
## OF ORDER GRANTING SECURED CREDITOR'S MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is ORDERED.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: October 25, 2018

Debtor:   Franciscus Maria Dartee
Case No. 18-26407 (JKS)
Caption:  **Order Denying Motion for Reconsideration of Order Granting Secured Creditor's Motion for Relief from the Automatic Stay**

A motion having been filed on October 24, 2018 by Franciscsus Maria Dartee, Debtor, for entry of an order as set forth above; and the Court having considered all of the papers submitted, along with the arguments of the Debtor and RAS Citron, LLC, counsel for Secured Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon Corporation as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR7, holder/servicer of the mortgage on Debtor's property at 12 Moonshadow Court, Kinnelon, New Jersey (Laura Egerman, Esq. appearing); and for the reasons set forth on the record and for good cause shown; it is

ORDERED that the aforesaid motion is denied.