| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Crane LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>-and-<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on October 24, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**FRANCISCUS MARIA DARTEE,**<br><br>    **Debtor.** | Case No.:    18-26407-JKS<br><br>Chapter:    11<br><br>Hearing Date:<br><br>Judge:    John K. Sherwood |

**ORDER VACATING STAY, GRANTING MOVANT IN REM RELIEF FROM THE AUTOMATIC STAY TO PRESENT FUTURE BANKRUPTCY FILINGS**

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 24, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of RAS Crane, LLC, attorneys for THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

AND NOW, it appearing to the Court that the requisite conditions for the issuance of such an Order exists, the Court hereby confirms via this Order, that In Rem Relief is granted to THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 so that it may proceed with its State Court Remedies on the following real property:

☒ Real property more fully described as:

**12 MOODSHADOW COURT, KINNELON, NEW JERSEY 07405**

ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to the premises 12 MOODSHADOW COURT, KINNELON, NEW JERSEY 07405, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; said actions include but are not limited to its State Court Rights and eviction proceedings; and it is further

ORDERED, that future bankruptcy cases filed by the DEBTOR, FRANCISCUS MARIA DARTEE A/K/A FRANK M. DARTEE, NON-FILING BORROWER MARGARETHA DARTEE, their successors or assigns, or any occupants, **will not stay** any actions taken by Movant, its successors, assigns. Or any other purchaser or entity from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further

ORDERED that the Office of the Clerk/Register of Deeds for MORRIS County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for §362(d)(4); and it is

ORDERED that the movant may join the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Franciscus Maria Dartee  
    Debtor

Case No. 18-26407-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 24, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.  
db         +Franciscus Maria Dartee,    c/o 12 Moonshadow Court,    Kinnelon, NJ 07405-2949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:  
      Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 3