| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |  |
|---|---|---|
| In Re:<br><br>Franciscus Maria Dartee<br><br>Debtor. | Case No.:<br>Judge:<br>Chapter: | 18-26407  (JKS)<br>Hon. John K. Sherwood<br>11 |

Order Filed on October 31, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 31, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:**               Franciscus Maria Dartee
**Case No.:**             18-26407 (JKS)
**Caption of Order:**     Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on August 30, 2018 ; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.