FILED
JEANNE A. NAUGHTON, CLERK

DEC 20 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**FRANCISCUS MARIA DARTEE,**<br><br>Debtor. | Case No.: 18-26407 (JKS)<br><br>Chapter 11<br><br>Judge: Hon. John K. Sherwood |

**ORDER DENYING DEBTOR'S APPLICATION FOR AN ORDER SHORTENING TIME AND OTHER RELIEF REQUESTED**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Dated: December 20, 2018

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUTPCY JUDGE

**Page 2**
Debtor: Franciscus Maria Dartee
Case No.: 18-26407 (JKS)
Caption of Order: **Order Denying Debtor's Application for an Order Shortening Time and Other Relief Requested**

This matter having come before the Court upon the application of Franciscus M. Dartee ("Debtor"), for an order shortening time for a hearing on his motion to vacate this Court's Order dated October 24, 2018 granting the Bank of New York Mellon relief from the automatic stay [Doc. 38] and the Order denying Debtor's motion for reconsideration [Doc. 41]; and the Court having reviewed the pleadings; and for the reasons set forth on the record including the Court's view that it is authorized to electronically enter orders that bear the seal of the Bankruptcy Court (*see* General Order re: Electronic Filing Procedures dated 3/27/02); and for good cause shown, it is:

**ORDERED** as follows:

1. Debtor's application for an order shortening time is denied.

2. Debtor's motion to vacate this Court's Order dated October 24, 2018 and the Order denying Debtor's motion for reconsideration dated October 25, 2018 is denied.