**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 20 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 18-26407 (JKS) |
|---|---|
| FRANCISCUS MARIA DARTEE, | Chapter 11 |
| Debtor. | Judge:   Hon. John K. Sherwood |

## ORDER DENYING DEBTOR'S APPLICATION FOR AN ORDER SHORTENING TIME AND OTHER RELIEF REQUESTED

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Dated: December 20, 2018

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUTPCY JUDGE

**Page 2**
Debtor: Franciscus Maria Dartee
Case No.: 18-26407 (JKS)
Caption of Order: **Order Denying Debtor's Application for an Order Shortening Time and Other Relief Requested**

This matter having come before the Court upon the application of Franciscus M. Dartee ("Debtor"), for an order shortening time for a hearing on his motion to vacate this Court's Order dated October 24, 2018 granting the Bank of New York Mellon relief from the automatic stay [Doc. 38] and the Order denying Debtor's motion for reconsideration [Doc. 41]; and the Court having reviewed the pleadings; and for the reasons set forth on the record including the Court's view that it is authorized to electronically enter orders that bear the seal of the Bankruptcy Court (*see* General Order re: Electronic Filing Procedures dated 3/27/02); and for good cause shown, it is:

**ORDERED** as follows:

1. Debtor's application for an order shortening time is denied.

2. Debtor's motion to vacate this Court's Order dated October 24, 2018 and the Order denying Debtor's motion for reconsideration dated October 25, 2018 is denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-26407-JKS
Franciscus Maria Dartee                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 1         Date Rcvd: Dec 20, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db             +Franciscus Maria Dartee,    c/o 12 Moonshadow Court,    Kinnelon, NJ 07405-2949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
              Ashley L. Rose    on behalf of Defendant    The Bank of New York Mellon Corporation dba The Bank of
               New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, NA
               arose@se-llp.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4