| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | Order Filed on February 7, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Franciscus Maria Dartee,<br><br>Debtor. | Case No.: 18-26407 (JKS)<br><br>Chapter 11<br><br>Hearing Date: November 20, 2018<br><br>Chief Judge:  John K. Sherwood |

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

......

**DATED: February 7, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Franciscus Maria Dartee

Chapter 11 Case No.: 18-26407 (JKS)

**Order Converting Chapter 11 Case to Chapter 7**

---

Upon consideration of the motion of the Acting United States Trustee by and through counsel, for an order converting this chapter 11 case to a case under chapter 7 or dismissing the case pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to Debtor, *pro se*, and parties that filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the Debtor's Chapter 11 case is **CONVERTED** to a chapter 7 case.