Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26407−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee
   aka Frank M Dartee
   c/o 12 Moonshadow Court
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/12/19 at 10:00 AM

to consider and act upon the following:

*67* – Motion re: Objecting to: Vacating Order Converting Chapter 11 Case to Chapter 7 and Reinstate Chapter 11 Filed by Franciscus Maria Dartee. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Proposed Order) (mg)

Dated: 2/25/19

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court