UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Franciscus Maria Dartee

Order Filed on August 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-26407 |
| Hearing Date: | 8/6/2019 |
| Judge: | Sherwood |
| Chapter: | 7 |

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER TO DISMISS CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____June 13_____, 20 _19_ by __Nancy Isaacson_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied without prejudice.

The successful party shall serve this order on the debtor, any trustee and all parties who an appearance on this matter.

*Rev. 7/1/04; jml*